# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CAUSE NO. 4:21-CR-253** |
| | § | Judge Amos Mazzant |
| **SEGUN ADEOYE (13)** | § | |
| *Defendant* | | |

## MOTION FOR RELEASE FROM DETENTION OR, ALTERNATIVELY, FOR AN EXPEDITED DETENTION HEARING

TO THE HONORABLE AMOS MAZZANT:

Segun Adeoye, through undersigned counsel, files this Motion for Release from Detention or, Alternatively, for an Expedited Detention Hearing. In support, we would show the Court as follows:

### I.

On September 22nd, 2021, Dr. Segun Adeoye was arrested in Kermit, TX while working an emergency room shift at the Winkler County Hospital due to a doctor shortage in the area. He lives in the Houston, TX area. He was taken to Midland, TX for a Rule 5 hearing on September 23rd, 2021 in front of the Honorable Judge Ronald C. Griffin. The Government filed a form motion to detain but was not present for Dr. Adeoye's appearance. Dr. Adeoye was not assigned counsel nor advised of his right to retain counsel. Fed. R. Crim. P. 5(d)(1)(B). Dr. Adeoye then admitted he was indeed Segun Adeoye and was instructed to sign a form waiving his right to an identity hearing.

1

The Magistrate then immediately ended the hearing and entered an order of removal to the Eastern District of Texas, Sherman Division. Dr. Adeoye was then taken to the Rolling Plains Detention Center in Haskell, TX, where he has remained for the last twelve (12) calendar days. At no time was Dr. Adeoye given nor advised of the right to a detention hearing. 18 U.S.C. §3142(f).

## II.

A defendant cannot be detained unless a hearing pursuant to the provisions of §3142(f) has been conducted. *United States v. Gourley*, 936 F. Supp. 412, 415 (S.D. Tex. 1996). Such hearing shall be "held immediately upon the person's first appearance before the judicial officer unless that person, or the attorney for the Government, seeks a continuance. Except for good cause, a continuance on motion of such person may not exceed five days (not including any intermediate Saturday, Sunday, or legal holiday), and a continuance on motion of the attorney for the Government may not exceed three days (not including any intermediate Saturday, Sunday, or legal holiday). 18 U.S.C. § 3142(f)(2). "A prompt hearing is necessary, and the time limitations of the [Bail Reform] Act must be followed with care and precision" because "a vital liberty interest is at stake." *United States v. Montalvo-Murillo*, 495 U.S. 711, 716 (1990).[1]

Here, the Government moved for detention via written form, and moved for a continuance of 3 days on September 23rd, 2021. Doc. 192, page 4. Despite the time limitations

---

[1] While the Court in *Montalvo-Murillo* ruled that violation of the strict time limitations in 18 U.S.C. §3142(f) does not require the release of a person who should otherwise be detained, it noted that "it is conceivable that some combination of procedural irregularities could render a detention hearing so flawed that it would not constitute 'a hearing pursuant to the provisions of subsection (f) for purposes of §3142€.'" *Montalvo-Murillo*, 495 U.S. at 717. This is such a case, as no attempt to conduct the hearing took place before the order of detention.

imposed under 18 U.S.C. 3142(f), the Magistrate declined to hold a detention hearing, ordered Dr. Adeoye detained *without* a hearing, without counsel, and ordered him removed to the prosecuting district.

The continued detention of Dr. Adeoye without a hearing is a violation of his right to a prompt detention hearing under 18 U.S.C. §3142(f) and his right to due process of law under the 5th and 14th Amendment.

## CONCLUSION

Dr. Adeoye therefore requests this Court grant him release pending trial on the merits, or, in the alternative, direct that an expedited detention hearing be had as Dr. Adeoye has remained in custody for such period that 18 U.S.C. 3142(f) has already been violated.

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Cordt C. Akers*
Cordt C. Akers
**THE AKERS FIRM, PLLC**
TBN: 24080122 |  SPN: 02655752
3401 Allen Parkway, Suite 101
Houston, TX 77019
Phone: (713) 877-2500
Fax:    (713) 583-8662
cca@akersfirm.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I have discussed the foregoing with Anand Varadarajan, attorney for the Government, who stated he is opposed to release but unopposed to an expedited detention hearing.

*/s/ Cordt C. Akers*
Cordt C. Akers

## CERTIFICATE OF SERVICE

I hereby certify that on October 4th, 2021 I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system. This system sent a "Notice of Electronic Filing" to the attorney for the government and all parties.

*/s/ Cordt C. Akers*
Cordt C. Akers