To: The Honorable Judge,

September 29, 2021

I am Dr. Kessington Okundaye (PhD), Managing Partner for Quick Clinic Medical Center.  Dr. Segun Patrick Adeoye is the current Medical Director for my medical facility, Quick Clinic Medical Center.  I have known Dr. Segun for approximately 2 years and in this period, he has shown a selfless and exemplary personal and professional character.

Dr. Segun has been more than a friend to my wife and I, beyond our professional relationship, and has time and time again put others ahead of his own personal needs or gains.  Dr. Segun was introduce to my wife and I through a healthcare provider, at a time we needed help starting our medical practice in March 2020.  Dr. Segun without hesitation agreed to be our medical director, and we settled on a monthly consultation fee, but to date he (Dr. Segun) has refused to accept any payment from us, stating "we will need all the money we can save to keep our clinic running for now".  Later, as our friendship developed, we came to find out that he had also offered pro-bono services to a few other startup Clinics around, without regards for his personal gains or convenience.

Dr. Segun is also the owner of at least three medical facilities (family practice, and urgent care centers) in the Houston area, with the third clinic planned to open in Mid-town Houston next month.  He also works tirelessly as the medical director and provider in a few large hospitals in the Houston area.  He is someone who has dedicated his life to providing for the sick and less privileged and has put his service to others ahead of any personal or professional gains, least of all concerned about acquiring wealth.  Therefore, it was of great shock to my wife and I, as well as members of our staff and family that he was charged with a criminal offense that involves fraud or money laundry.

I know without a doubt that Dr. Segun is a good person and would not have stooped to facilitate or conspire in any fraudulent activities. Dr. Segun is neither a risk to his community, nor is he a flight risk. I know he will present himself if and when called to do so.  I pray that the court considers the testimony of those that have had the privilege of knowing Dr. Segun.

With Kind Regards

Dr. Kessington Okundaye (PhD)                                         Uloma Okundaye (NP)

Exhibit 1

30 September 2021

Shirley Morake Murphy
20202 Lochpoint Court
Richmond, TX 77407
281-701-9776

Character Reference for Dr. Segun Adeoye

Your Honor,

My name is Shirley Morake Murphy and I am writing this letter for Dr. Adeoye - my mentor and the medical director and owner of the PrimeOCC Urgent Care clinic where I have been employed as a nurse practitioner for nearly 2 years.

I first met Dr. Adeoye in early 2019 at HCA North Cypress Medical Center where he worked as a hospitalist and I had worked as a registered nurse. Dr. Adeoye was one of the more approachable physicians on staff. Many nurses, patients, and family members felt that they could interact with him without fear of being disrespected or being rudely dismissed. As a nurse practitioner graduate still working as a registered nurse, I reached out to Dr. Adeoye to see if he was looking to hire a nurse practitioner for his clinic. I interviewed at his Nasa clinic in Webster, TX and I joined his staff in late January 2020. I am grateful that he has given me the opportunity to hone my medical skills and knowledge at PrimeOCC Urgent Care.

As a true professional, he exudes in depth knowledge, skills, and excellent bedside manners. Many patients chose him as their primary care physician (PCP) after experiencing the high quality, patient-centered care he gave them at the hospitals where he works as a hospitalist. He does not discriminate, all races, religion, sexes, and different socioeconomic status patients and family members end up deciding to choose him as their PCP. Who would not want a well mannered and a knowledgeable physician? The doctor is also too kind and generous; some patients will claim that they cannot afford treatment and he will say we have to treat them without paying for the services rendered. That is his way of contributing to the community; providing free or affordable care where necessary. He is also helpful and always has a smile and a polite word to offer to everyone.

In the two years I have known and worked with Dr. Adeoye, I have developed enduring respect for both his work ethic and his unwavering commitment to helping people. I truly believe that Dr. Adeoye is not a flight risk or a danger to community if released to the society. He has vested his professional life in providing excellent and patient-centered care in the state of Texas and within the US. His home base is Houston as evidenced by the established two clinics. He is careful with an eye and ear for details and devotion to his profession hence the adoration from the people in the Houston area and the health care community alike.

Sincerely,

*Morake Murphy, NP-BC*
Shirley Morake Murphy, NP-BC

Gertrude Florent
3019 Russett Pl. W
Pearland, TX 77584

September 29, 2021

## To Whom It May Concern

Honorable Judge,

    My name is Gertrude Florent, a resident of Pearland, Texas for 21 years. I have been employed at Texas Southern University for 21 years; where I have met students from all over the globe as an administrative assistant, mentor, and advisor to all students in my department including international students. I have worked closely with the International Department in both recruiting, recommending, and working with international students as they become acquainted with the system and settle in upon their arrival.

    Thus meeting Segun Patrick Adeoye as a student in the Masters program at Texas Southern University upon his admittance in Fall 2005 was of no coincidence. This was the beginning of a relationship as mother and son, a home away from home, between him and my family. Of the many people whom I have come in contact with, never have I met one so caring, self-sacrificing, considerate individual like him.

    Although reluctant in extending my full support to him when I was called by the International student department to assist him, I have not regret one moment of meeting a young man so brilliant with a heart of gold. Dr. Segun became a member of my entire family and has shown great love and care for us not only as friends but as patients. He took care of my mother during her terminal illness and has not took a penny for his services. He refused to take any payment for his service because the fabric of his make up is to give. As he always says to me "What good is money to you when someone needs it". Segun gives and gives to anyone and everyone without hesitation. Not only did he took care for my mother as an elderly, but when it came down to having her transported back to her country of birth to lay to rest, he was the first to make the first donation to make that trip happen.

    He is not only a family friend, but my husband and I are his patient. He shows much care for his patients. Hardworking can only be described fully by watching him. He works tirelessly to care for others, without expecting anything in return. He has great love for humanity and not for one moment has the thought of him hurting or taking advantage of anyone has ever crossed my mind.

    I have been informed of a charge against him and I am appalled for this is not who I know he is. He was taught to work hard for what he wants in life. I had the privilege of meeting his humble parents who has expressed instilling in their children the value of hard work, integrity, and love for humanity. This has been modeled in Segun's life and is clearly demonstrated daily. His ability to work hard and to provide for his family both here and abroad has propelled him to create opportunities for himself and others launching businesses in the health care system. I have no reason to believe that he will flee from

all his businesses and leave all what he has worked for when it comes to fleeing from the country. At the age of 16 he left his parents home and has worked hard to help them, and others and has never left an unfinished task. Wherever he landed he has left the imprint of love and labor upon the hearts of all those he has meet.

      Without hesitation, I give my full support and stand by my conviction that Dr. Adeoye will remain in the US and continue to do what he has accustomed to do which is doing right and taking care of his patients. Should you have any further questions, I can be reached at 832-892-9523

Sincerely,

*[signature]*

Gertrude Florent
Administrative Assistant
Texas Southern University
3100 Cleburne Ave.
Houston, Texas 77004

**To whom it may concern**

I am Dr. Sylvester Sarfraz, Assistant Professor of Medicine at Alpert School of Medicine, Brown University, Providence, RI.  I am writing this letter with reference to Dr. Segun Patrick Adeoye, whom I have known for about 11 years now.

I met Dr. Adeoye the first time at The Brooklyn Hospital during our family medicine residency program at The Brooklyn Hospital Center, Brooklyn, NY (2010-2013).  During my interactions with Dr. Adeoye in those 3 years, I found him extremely hard working, reliable and exemplary as a physician.  He was the top ranking resident even during his first year (he was the highest scoring resident in our program even better than the senior residents) and he secured a top position in the final Board exams. He was well respected for his commitment and an exceptional knowledge of medicine. After completing the residency in 2013 I moved to RI where I live currently with my family; however, I have kept in touch with Dr. Adeoye on the phone on and off, for his advice on dealing with a difficult patient.

My first interaction with him was during the orientation of the residency program.  After the orientation, I went to a cellular company store to get a phone connection.  At that time I was new to this country and didn't have a credit history or any family members and was having difficulty in getting a cell phone connection.  At that time, Dr. Adeoye helped me to get the cell phone.  Moreover, as a follower of Christ Jesus, I was happy to find a Christian believer and a friend in Dr. Adeoye. On most occasions we would go to church together (The Brooklyn Tabernacle) during our residency as we lived in the same apartment building.  I noticed that even after a long 24hr shifts he would sleep for a few hours and then go to teach private tuitions to help his ailing mother and siblings in Nigeria.

During my time with him in those few years, I found Dr. Adeoye as a true believer of Christian values especially practicing Christ's teaching of unconditional love and extension of help to those who are in dire need. Once he allowed one of the MRI technician at The Brooklyn Hospital, to stay with him when the technician was going through a very rough patch in his life because of financial and educational difficulties.  I remember him on another occasion allowing a Chicago based African lawyer who had lost his way to stay overnight at his apartment till he was able to find his friend the next morning.  He didn't care about his own privacy, but with a true Christ like self-defying nature he extended his timely assistance to this gentleman.

As a person of great compassion, Dr. Adeoye would try his very best to help anyone in need.  Also, I found him helping the community as well even during the residency.  I remember him staying very late with a clinic patient, after permission from our Program Director, who needed daily antibiotics and couldn't leave his job early.  I understand that he is serving the community at large with his medical knowledge/practice.

It is a mere fact that, as an immigrant myself coming from a different background it takes a lot of hard work and commitment to come to the US and establish oneself as Dr. Adeoye did. He has an indiscriminate tendency to help those whom he finds in the same impoverished situation.  Based on my personal knowledge of Dr. Adeoye, it was really shocking to find about his detention. I don't believe that such a hardworking and God fearing gentleman with his phenomenal motivation to serve Christ and people would be a danger to society in breaking the law and to get himself involved in any criminal activity.  I believe in upholding the law and pray that God would help him now that he needs help.


Sincerely,

Sylvester Sarfraz, MD FAAFP

Dated: 9/30/2021

Pearly Pendenque
16375 Angel Island Lane
Houston, TX 77053

September 29, 2021

To Whom It May Concern:

This letter is on behalf of Dr. Segun Adeoye, someone I have come to know over the last ten plus years. Dr. Adeoye was first introduced to me through a mutual friend when he was a student at Texas Southern University. Although we have not been in touch on a regular basis, we continue to stay in touch through our mutual friend.

I was in shock when that same mutual friend informed me of alleged offense. She contacted me so we could figure out how we could assist him because this is out of character of the person we have come to know. Not only was I in shock but I was also heartbroken to know that someone with such a good and caring heart like Dr. Adeoye did not deserve to experience such embarrassment and shame for being helpful.

I have experienced first-hand the caring and compassionate attributes of Dr. Adeoye. He has given me medical advice on behalf of my family and more specifically my sister, who was a cancer patient about five years ago. I had so much confidence in his prognosis that I shared the information with my family, and it helped us prepare for the eventual passing of my sister. More recently, I recommended another sister to visit his office for medical advice since she was experiencing a medical condition that no other physician had been able to correctly diagnose. Immediately following that first visit, my sister expressed to me how satisfied she was with the results and she was scheduled for a follow-up this past Saturday, September 25, 2021.

Dr. Adeoye is very kind, generous and family oriented individual. He has introduced me to several members of his family and many of them can attest to the contributions he has made to their day-to-day survival in the U.S. Dr. Adeoye is also a very hard worker holding several jobs while trying to sustain himself and his family. Even while being gainfully employed at the hospital he continued to operate his private business just to be of service to the underserved community. He would meet many of those clients, knowing full well that they were unable to pay for the visits. It is because of his work ethics and his dedication and commitment to helping others progress that I can say that his character does not fit the perpetrator of the alleged crime.

I would be grateful for any assistance that can be granted on his behalf.

Sincerely,

Pearly Pendenque
Friend

To Whom it May Concern

I am a nursing student at the Texas Woman's University; I hold a Bachelor of Science degree in Biology with a minor in Chemistry from Texas Southern University. Segun Adeoye, M.D has been known to me for over twenty-five years when I was a little girl. Segun as he's popularly called was and still is a bookworm and a source of inspiration to every ambitious child. He was especially gifted in academia that once he fainted in the bathroom from studying over a long period of time without food in his stomach, from then he had grown to become a role model to me and many others; with an exceptional calm and pleasant demeanor that spoke volumes. His words are filled with wisdom and encouragement and more than anyone I have known in my life. He is the epitome of generosity and philanthropy; his heart is made of the finest gold.

I am aware that he has been charged with a felony offense, however I know that he is a very law-abiding individual, worthy of emulation, who prefers to live his life by the books and never fails to teach us to stay on the right track no matter what. The Segun, I know is a great person, extremely kind and selfless, always putting others before himself, thus this is coming as a rude shock to me and my entire family. This is definitely out of character for him, from dusk to dawn I continue to ponder on the issue and still I cannot convince myself otherwise; Dr Segun's character is completely repugnant to the offense he's being accused of.

I can never forget how good Segun has been to me and my children and many people who have no link or ties to him. I shared my dream of furthering my education abroad and he encouraged me to give it a shot and even went ahead to provide me with a home and the necessary financial support needed for me to survive the hurdles of being an international student. Living in the U.S made me even see the best of Segun as he continued to open his arms to all known and unknown. He opened his home to strangers whose homes were affected during the hurricane "Harvey" of 2017, he provides financial support to families, friends and loved ones who are in need, a popular saying of his is: "of what use is money in ones hands, if it cannot be used to alleviate the sufferings of people out there, who needs it". If giving was a talent, I bet to say that Segun had an excess of it, a big lover of people and very family oriented.

Conclusively, I can equivocally say that Segun is **NOT** in any way a flight risk neither is he a danger or threat to anyone, as I am very certain, he would fight to protect is hard-earned reputation, his profession which he cherishes so much and continue to contribute his quota to the American economy and society, as his own little way of saying thank you for the opportunities this great nation has given him.

Yours Faithfully,

Vivian Adeoye