IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

**FILED**
OCT 20 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DATE: 10/20/2021

| MAGISTRATE JUDGE | COURT REPORTER: Digital Recording |
|---|---|
| Christine A. Nowak | COURTROOM DEPUTY: K. Lee |
| USA v. Segun Adeoye | 4:21CR253-13 |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Heather Rattan, AUSA | Cordt Akers, Retained |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: ARRAIGNMENT/DETENTION HEARING |
|---|---|
| 11:04 a.m. | Case called. Appearances noted. Defendant placed under oath. Court outlines status of case. Defendant admonished regarding his rights. Defendant received copy of charges, discussed charges with counsel, and waived reading of charges. Government summarizes charges. Defendant enters plea of not guilty to Counts 1, 2 of the Indictment. Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference/jury selection and trial setting on 12/3/2021 before United States District Judge Amos Mazzant. Rule 5f order entered. Government persists in request to detain defendant. Defense counsel objects to Government's ability to move for detention and raises concern regarding removal to this district from arresting district. This court will consult with District Court. Parties have reviewed pretrial services report. |
| 11:15 a.m. | Defense raises objections to pretrial services report. Government responds to objections. Parties agree this is not a presumption case. |
| 11:16 a.m. | Government calls witness- Keane Richardson. Witness placed under oath. Direct examination by Ms. Rattan. |
| 11:58 a.m. | Cross examination by Mr. Akers. |
| 12:26 p.m. | Court clarifies witness testimony. Continued cross examination by Mr. Akers. |
| 12:31 p.m. | Witness Richardson steps down. Defense calls witness - Ulona Okundaye. Witness placed under oath. Direct examination by Mr. Akers. |
| 12:38 p.m. | Cross examination by Ms. Rattan. |
| 12:45 p.m. | Witness Okundaye steps down. Government addresses court. |

| | |
|---|---|
| 12:47 p.m. | Court hears arguments. |
| 12:54 p.m. | Court takes matter under advisement pending receipt of supplemental report from pretrial services and review of character letters.  Formal order to follow.  Transcript shall be ordered.  Government requests to admit power point presentation as Government's Exhibit 1.  No objection by defense.  Government's Exhibit 1 shall be admitted. |
| 12:56 p.m. | Defendant remanded.  Court adjourned. |

DAVID O'TOOLE, CLERK
BY:     <u>Karen Lee</u>
        Courtroom Deputy Clerk