4:21cr253-13

CS-264,
Cimarron Correctional Facility,
September 2, 2022.

Dear Judge A. Mazzant III,

**RE: REQUEST TO COMPEL PROSECUTION AND DEFENSE TO PROCEED TO TRIAL**

Greetings your honor. I am Segun Adeoye, a co-defendant in United States vs. Segun Adeoye et al. I write to humbly make the request to compel prosecution and defense to proceed expeditiously to trial. I am an innocent man held in custody of the State for a crime I did not commit. As in 2Corinthians7:2 "I have wronged no man, I have corrupted no man, I have defrauded no man".

The prosecution, with or without assistance of some defense attorneys, have continued to prolong the legal process by exploiting legal maneuvers of complex-case designation and unending continuances. That the wheel of justice grinds slowly is no more evident than in my case. Thus far, my final pretrial conference has been postponed (unrelated to COVID conditions) on at least three occasions ( December 3, 2021, February 4, 2022, and August 5, 2022): It is now scheduled for January 6, 2023, with a good chance for another postponement. I do not intend to accept any form of plea arrangement and have conveyed my position to my attorney.

It is not my intent to use this medium to adjudicate your decision to overrule the magistrate court' decision on my bail. However, your honor' position detailed in your legal opinion of January, 2022, is not a reflection of my attributes, character, disposition or reported actions. It was a face-value acceptance of the disparaging sales pitch of a desperate prosecution. I find myself treated as a criminal, an 'unconvicted' criminal, presumed guilty until proven innocent. I was a victim of a crime, now I am re-victimized in the present by the same protective legal system which should be restoring me.

I have had to shut down all three of my medical practice locations, my residence is under foreclosure proceedings, my legal bills are mounting, my family is in disarray, my aging parents (one of which is a fully-dependent amputee) are not cared for, and my reputation is damaged (well beyond repair) in the eyes of medical boards and associations (my affiliations) specifically, and the general public at-large. A physician (that I am) is two-thirds reputation and only one-third skill-set. Only a vindication through an expeditious trial (a valued right under the law), with you as the arbiter of the law can jump-start my return to some to any semblance of normalcy.

In the present time, I find myself diametrically at odds with affirmation of W.E Henley in his Victorian poem (Invictus)-"I am the master of fate, I am the captain of my soul", rather, I am appreciative of Nehruian counsel, "No easy walk to freedom". The United States was my beacon of hope, my last stand for democracy and equal rights under the law. I implore you to help restore my dying faith in this country. I have included a copy of correspondence suggesting my innocence from the only co-defendant I have been associated with in my indictment. I am hopeful of a favorable consideration of my request.

Sincerely yours,

Segun Adeoye (USM#66252509)  9/2/2022

cc: Attorney Cordt Akers,
    Judge Kimberly Johnson

Hand delivery letter through a friend.

July 20th 2022
@ 5pm.
FB-112. Cimrron Correctional Facility

Dear Dr Adeoye,

Good day to you and how're you doing generally. I heard of the arrest from the indictment but couldn't get a hold of you since. I wish to inform you that I already told my lawyer that you're completely innocent and nothing to do with the $50,000 from victim they linked you to. This is considered a wrong arrest too and I'm very shocked why you're being linked to this on the indictment.

I'll advise you contact Mr. Ehiendu Ofeagwu (Young) and tell him to contact his Uncle in Nigeria to send all the Local purchase orders/proforma invoices for all purchases of the fish importation with the Japanese firm he does business with and all his certificates of Incoporation, DPR permit, Tax information in Nigeria with (IR) Board of Internal revenue and all necessary wire transfer he made from Zenith Bank Ltd and all relevant documentation and correspondence with Kyokuyo Co Ltd located in Japan and date his shipments arrive, his bill of landing etc. All this documents will be needed if we need to go to trial. He must act quick and let his lawyer get all these document from his Uncle and send ASAP.

This who scenario is still shocking to me till now and I already told my lawyer that I will send this letter to you but he advised I wait a bit but I'm doing it now anyways because I know you're completely innocent and must be exonerated from this indictment.

Just take heart it will be okay and sorry for all the

inconvinience caused. Even with me I'm completely [innocent?] but we must prove that we were not guilty and all these would be [a] prepondrance of evidence to get us all out of t[his]

Talk to you Soon.

Edgal Iribhogbe.