IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DATE:   5/8/2023

| MAGISTRATE JUDGE<br>Christine Nowak | COURT REPORTER:  Digital Recording<br>COURTROOM DEPUTY:   Karen Lee |
|---|---|
| USA<br><br>v.<br><br>Segun Adeoye | 4:21-CR-253 |

| ATTORNEYS FOR GOVERNMENT | ATTORNEYS FOR DEFENDANT |
|---|---|
| Jay Combs | Cordt Akers |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Detention Hearing |
|---|---|
| 12:56 pm | Case called. Appearances noted. Government persists in request to detain. |
| 1:00 pm | Government calls witness: Joseph Mathews. Witness placed under oath. Direct examination by Mr. Combs. |
| 1:20 pm | Cross-examination by Defense. Defense offers Exhibits 1,2,and 3.  Direct examination continues. |
| 1:46 pm | Witness Mathews steps down. |
| 1:47 pm | Defense calls witness: Gertrude Florent. Direct examination by Mr. Akers. |
| 1:53 pm | Cross-examination by Government. |
| 1:55 pm | Court clarifies witness testimony. |
| 1:56 pm | Witness Florent steps down. Bench conference. |
| 2:06 pm | Court noted its directive to Government to file a supplement to its witness's testimony, to include a review of all 50 contacts.  Supplement due within 21 days.  Court should be advised of how many of those contacts were missed calls and to the extent possible, the supplement should include a summary of all remaining contacts.   Court reviewed surety and other bond requirements and directed the parties to meet and confer regarding 3142(g)(4) and file joint report with the Court within 21 days to assist the Court in how that factor weighs upon the issue of detention. |

CASE NO.  4:21-CR-253          DATE:  5/8/2023
PAGE 2  - PROCEEDINGS CONTINUED:

| 2:10 pm | No further evidence will be presented to the Court.  Court is continuing the hearing to allow the parties to present argument on May 30 at 10:15 a.m., the day after the supplemental information is due. |

DAVID O'TOOLE, CLERK

BY: _Kara Powell_
Courtroom Deputy Clerk