IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR253 |
| | § | Judge Mazzant |
| SEGUN PATRICK ADEOYE (13) | § | |

## **GOVERNMENT'S MOTION REQUESTING A STATUS CONFERENCE**

This case involves a two-count indictment charging the defendants with conspiring to commit wire fraud and to launder money. Dkt. 73, 588. The indictment names Segun Adeoye as a defendant-conspirator in both counts. *Id.* This case is specially set for jury trial before United States District Judge Amos Mazzant on November 6, 2023. Dkt. 754.

On August 9, 2023, Adeoye filed a motion requesting a *Faretta* hearing. Dkt. 772. On August 21, 2023, United States Magistrate Judge Kimberly Priest Johnson held a *Faretta* hearing and granted Adeoye's request to represent himself. Dkt. 787. The Court appointed John Hunter Smith as stand by counsel for Adeoye. *Id.*

On September 12, 2023, the United States met with Adeoye to coordinate discovery review. Adeoye expressed concerns about his situation. The United States files this motion so that Adeoye may appear before the Court to outline any concerns he may have.

**Conclusion**

The United States requests that this matter be scheduled for a status conference as soon as the Court's schedule allows.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

  /s/ *Heather Rattan*
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Heather.Rattan@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke to the defendant 12th day of September 2023 and he agreed that this motion should be filed.

  /s/ *Heather Rattan*
HEATHER RATTAN

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing response was served on Adeoye mail sent to the Fannin County Jail and to stand by counsel via e-mail transmission on this 13th day of September 2023.

  /s/ *Heather Rattan*
HEATHER RATTAN